## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Darryl E. Bickham

    v.                                              No. 07-fp-064

New Hampshire State Prison, Warden


## ORDER GRANTING REQUEST TO
## PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-064-PB.

**SO ORDERED.**


_____
James R. Muirhead
United States Magistrate Judge


Date:  March 9, 2007

cc:    Darryl E. Bickham, pro se

Dockets.Justia.com