UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Darryl E. Bickham

    v.                          No. 07-fp-064

New Hampshire State Prison, Warden

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-064-PB.

**SO ORDERED.**

                                    /s/ James R. Muirhead
                                    James R. Muirhead
                                    United States Magistrate Judge

Date:   March 9, 2007

cc:     Darryl E. Bickham, pro se