UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Darryl E. Bickham</u>

        v.                                 Civil No. 07-cv-64-JL

<u>NH State Prison, Warden</u>


<u>O R D E R</u>

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).


SO ORDERED.

*/s/ Joe Laplante*

December 21, 2009

                                                Joseph N. Laplante
                                              United States District Judge


cc:    Darryl E. Bickham, pro se
       Elizabeth Woodcock, Esq.
       Stephen Fuller, Esq.